

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
~~ATTORNEY GENERAL~~
ATTORNEY GENERAL

Honorable L. A. Woods
State Superintendent
Department of Education
Austin, Texas

Attention: Mr. T. M. Trimble

Dear Sir:

Opinion No. O-6042
Re: Limitation on the amount of
salary which may be received
by the Director of Radio and
Visual Education of the State
Department of Education.

Your opinion request of May 23, 1944, reads as
follows:

"Attached you will find our payroll for the
month of April and a letter from Mr. George H.
Sheppard, Comptroller of Public Accounts, who has
questioned the legality of the salary of Mr. L. C.
Proctor, who has been employed by the State Super-
intendent to be paid from the Radio and Visual
contingent appropriation. Up to this time he was
given the title of "Supervisor of Visual Education".
The position as of April 1st has been changed to
that of "Director of Radio and Visual Education",
and the salary fixed at $275 per month.

"I would like to know whether the Comp-
troller of Public Accounts is justified in refus-
ing to approve the salary as fixed herein.

"Since Mr. Proctor has not received his
salary for the month of April and is in need
of his money, we request a rush opinion on
this matter."

It is our understanding that no specific appropria-
tion has been made either for the position now held by Mr.
Proctor or for the position previously held by him, but that
the salaries for both positions have been paid from the appro-
priation for contingent expense of the Radio and Visual Educa-
tion Division of the Department of Education. In the Depart-
mental Appropriation Act of the 48th Legislature the following
appropriations are made for this Division:

|  |  | "For the Years Beginning September 1, 1943 | Ending August, 31, 1945. |
|---|---|---|---|
| "138. | Supervisor of radio and special education | $3,000.00 | $3,000.00 |
| 139. | Contingent expense for radio visual education | 10,000.00 | 10,000.00 |
|  | Total | $13,000.00 | $13,000.00" |

Section 15(d) of the General Provisions of this
Appropriation Act provides as follows:

"Additional Employees' Compensation. When any
additional employees other than those for which speci-
fic salary appropriations have herein been made, are
employed and are to be paid out of contingent appro-
priations, such employees shall not be paid a larger
amount than that provided in the regular appropriated
salaries for similar positions in such department or
agency, and in the event there are no similar posi-
tions within such department, then such additional
employee shall not be paid a larger amount than that
provided for similar positions in other departments
or agencies. . ."

It will be noticed that under this provision Mr.
Proctor cannot be paid a salary larger than that paid for

"similar positions" within your department. While we have not been informed as to the positions which may be similar to that held by Mr. Proctor, we assume that in any event his position does not entail greater responsibilities or duties that does the position of the Supervisor of Radio and Special Education, the head of the Division in which Mr. Proctor is employed. Since the Supervisor's salary is $3,000.00 per year or $250.00 per month, we feel that Mr. Proctor's salary cannot exceed this amount. Consequently, you are respectfully advised that the Comptroller of Public Accounts was justified in refusing to approve a salary of $275.00 per month for Mr. Proctor's position.

Trusting that the foregoing fully answers your inquiry, we are

APPROVED MAY 19 1944

ATTORNEY GENERAL OF TEXAS

Yours very truly

ATTORNEY GENERAL OF TEXAS

By R. Dean Moorhead
R. Dean Moorhead
Assistant

RDM:fo